

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ALFREDO HOLGUIN, | § | No. 08-12-00253-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D01334) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **September 6, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **September 6, 2013.**

IT IS SO ORDERED this 14th day of August, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.